UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL ANTHONY WEYMOUTH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 2:11-cv-00469-JAW |
| STATE OF MAINE, et als., | ) ) ) |
| Defendants. | ) ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed February 16, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED for Plaintiff's failure to prosecute.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 27th day of March, 2012